UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN J. OLSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA d/b/a/ the UNITED STATES POSTAL SERVICE,<br><br>Defendant. | No. CV-13-00311-RHW<br><br>**ORDER GRANTING MOTION FOR DISMISSAL** |

Before the Court is a Joint Stipulation and Motion for Order of Dismissal. ECF No. 27. Plaintiff is represented by Joseph Blumel, while Assistant United States Attorney Tim Durkin represents Defendant. This motion was decided without oral argument.

The parties jointly move the Court for an order dismissing the above-captioned case, as the matter has been settled. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses the Complaint with prejudice and with each party bearing its own fees, costs, and expenses.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Stipulation and Motion for Order of Dismissal, **ECF No. 27,** is **GRANTED.**

2. The above-captioned matter is dismissed with prejudice and with each

**ORDER GRANTING MOTION FOR DISMISSAL ~ 1**

q:\rhw\acivil\2013\olson\ord.grant.vol.dismissal.docx

party bearing its own fees, costs, and expenses.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 22nd day of June, 2015.

<u>*s/Robert H. Whaley*</u><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

**ORDER GRANTING MOTION FOR DISMISSAL ~ 2**

q:\rhw\acivil\2013\olson\ord.grant.vol.dismissal.docx